[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11704
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 18, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00092-CR-VEH-HGD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEXTER HATTEN MURPHY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(February 18, 2010)

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

John C. Robbins, retained counsel for Dexter Hatten Murphy, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Murphy's convictions and sentences are **AFFIRMED**.